MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Melvin Jones Jr. (and other indigent disabled ADULT Flint residents whom are similarly situated)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

VEOLIA NORTH

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.
_____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

## Complaint for a Civil Case

(see related case notice)

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Melvin Jones Jr. |
| Street Address | 1935 Hosler St. |
| City and County | Flint  Genesee County |
| State and Zip Code | Michigan,  48503 |
| Telephone Number | 810-962-6225 |
| E-mail Address | meljonesjr@gmail.com |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | VEOLIA NORTH/  Veolia |
| Job or Title (if known) | |
| Street Address | Chemin de la Digue |
| City and County | Maisons-Laffitte France, EU |
| State and Zip Code | BP 76 78603 |
| Telephone Number | 01 34 93 31 31 |
| E-mail Address (if known) | jmcampbell@campbell-triallawyers.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

    Name   _____

    Job or Title (if known)   _____

    Street Address   _____

    City and County   _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address (if known)   _____

Defendant No. 4

    Name   _____

    Job or Title (if known)   _____

    Street Address   _____

    City and County   _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address (if known)   _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
GENERAL FEDERAL JURISDICTION AS CURRRENTLY PERTAINS TO THE FLINT WATER CRISIS LAWSUITS # 16-cv-10444 JEL MKM

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* MELVIN JONES JR (and class members),
        is a citizen of the State of *(name)* MICHIGAN.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* N/A,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* VEOLIA NORTH, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* FRANCE.

    b.  If the defendant is a corporation
        The defendant, *(name)* VEOLIA NORTH, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* FRANCE, and has its principal place of business in *(name)* FRANCE.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

      3.      The Amount in Controversy

      The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
As the Honorable Court deems just and appropriate.

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Veolia North is a world class company and is and was (e.g. in or about) 2015 of the ability and professional ability to meaningfully prevent the contuned harm suffered by the Disabled Residents of the City of Flint as to it's sloppy contract and bid proceedures which were undertaken by Veolia with the City of Flint. Here, Veolia undertook sloppy and substandard bid and contractual procedures in that the PROPER "players" as to such WERE NOT appropriately involved in said process.

For example, VEOLIA was sloppy in NOT including in NOT properly including the appropriate Michgan State "player[s]" in said bid and proposal process [AND] said contractual process with the City of Flint ---- and thereby VEOLIA's "part as a player in the Flint Water Crisis [and] caussation as to my continued harm [and others similarily situatted as me] unfortunately accelearated the continued adverse harm and/ or substantially [unduely] contributed to such.

Further, VEOLIA was sloppy in not including (as a review and complaince "chek point" [for example]) with the approprate United States Governmental "player[s]" as the [sloppy] bid, proposal and contractual process with the City of Flint ....which also CONTINUES to add to the contniued harm suffered by me (and others similarly situated in the City of Flint) due to such.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

HARM AS TO MY ONGOING FEAR OF THE USE AND SAFETY OF THE WATER AT MY HOME;

CONTINUED HARM DUE TO VEOLIA SLOPPY BID AND CONTRACTUAL PROCEEDURES WITH THE CITY OF FLINT,

CONTINUED HARM AS TO VEOLIA FAILURE TO PROPERLY CONSIDER THE DISABLED FLINT RESIDENTS SUCH AS MYSELF AND THOSE SIMILARILY SITUATED WHICH CONTINUES TO RESULT (and/ or) HAS FURTHERED THE SILENT EMOTIONA: TOLL UPON THE DISABLED IN THE CITY OF FLINT,

CONTINUED HARM AS TO VEOLIA's FAILURE TO RPOPERLY CONSIDER THE DISABLED POPULATION OF THE CITY OF FLINT's IMPOVERISHED ECONOMIC STAT STATUS

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 27th            , 20 21    .

Signature of Plaintiff            
Printed Name of Plaintiff    MELVIN JONES JR.

6

**Additional Information:**
PLEASE NOTE:
1. Plaintiff Melvin Jones Jr. is a disabled person per MCL 257.19a --- and is markedly mobility impaired, and due to his serious medical disability... Jones' Michigan State Drivers License is medically suspended,

2.) This Civil Complaint seeks CLASS CERTIFICATION for those similarily situated as Disabled Plaintiff Melvin Jones Jr.,

REQUEST FOR APPOINTMENT OF COUNSEL:
Due to the complexity of intended Class Action Status of the instant Law Suit.... Plaintiff Melvin Jones Jr. respectfully requests APPOINTMENT OF AN ATTORNEY by the Court.

CASE TRANSFER APPROPRIATE:
This CASE should be tranfered to Hon. Judge Levy

RELATED CASE NOTICE:

2.) The instant CIVL COMPLAINT is made with a simutaneous request for appointment of attorney by the Court.... because this case is RELATED to curent litigation in the Federal District Court in Ann Arbor --- the Flint Water Crisis Case pending against VEOLIA  ...case # 16-cv-10444 JEL MKM.

Case 5:21-cv-10937-JEL-EAS ECF No. 1, PageID.8 Filed 04/27/21 Page 8 of 9

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☒ Yes  ☐ No

   If yes, give the following information:

   Court: Federal District Court - ANN ARBOR

   Case No.: 5:16-cv-10444 JEL MKM

   Judge: Hon. Judge Judith Levy

   Notes :

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MELVIN JONES JR (and other disabled, indigent Adult Flint residents)
1935 Hosler St. - Flint, Michigan 48503  ph# 810-962-6225

## DEFENDANTS
VEOLIA

**(b)** County of Residence of First Listed Plaintiff: genessee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: ___
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
(to be determined - assigned by the District Court Judge)

Attorneys *(If Known)*
James M. Campbell
One Constitution Wharf # 310
Boston, MA  02129   ph# 617-241-3000

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1
Citizen or Subject of a Foreign Country: DEF [X] 3 Foreign Nation

## IV. NATURE OF SUIT
CIVIL RIGHTS: [X] 443 Housing/Accommodations

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1331
Brief description of cause:
related to the Flint Water Crisis Cases pending with Hon. Judge Judith Levy

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $: ___
JURY DEMAND: [X] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Hon. Judge Judith Levy
DOCKET NUMBER: 5:16-cv-104444 JEL MKM

DATE: 4-26-2021
SIGNATURE OF ATTORNEY OF RECORD: *(signed) Melvin Jones Jr.*

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE