Melvin Jones Jr - Pro Se Plaintiff

1935 Hosler St - Flint, Michigan 48503

Ph #810-962-6225

Email: meljonesjr@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN

CASE # 2:21-cv-10937  AJT  EAS

Honorable Judge: Arthur J. Tarnow

Plaintiff Jones' NOTIFICATION of upcoming confidential (via email) attempt at conciliation of the instant matter with VEOLIA [and] Notification of Jones' need to utilize ZOOM platform for hearings in this matter due to serious/ marked mobility issues -- for example, Jones is WALKER dependant for effective/ safe ambulation... however, due to Irritable - Bowel medical issues, ZOOM platform is also difficult for Plaintiff Jones.:

Melvin Jones Jr,

Plaintiff

v.

Veolia North,

Defendant

Please take note of the following (and attached email communication);

I, Pro Se Plaintiff Melvin Jones Jr., ....respectfully give NOTIFICATION of upcoming confidential (via email and possibly via telephone with the AID of my informal caregiver - Colleen Connors) will attempt at conciliation of the instant matter with VEOLIA [and] Notification of Jones' need to utilize ZOOM platform for hearings in this matter due to serious/ marked mobility issues -- for example, Jones is WALKER dependant for effective/ safe ambulation... However, due to medical issues of Irritable - Bowel/ Constipation (for example) medical issues, ZOOM platform is also difficult for Plaintiff Jones.

Respectfully Submitted,

Date: 4-28-2021

Signed: ...................................................................

Melvin Jones Jr. - Pro Se Plaintiff

 Gmail

**Mel jones jr &lt;meljonesjr@gmail.com&gt;**

## Documents to be filed - request for concurrence
1 message

**Mel jones jr** &lt;meljonesjr@gmail.com&gt;     Wed, Apr 28, 2021 at 1:26 PM
To: jmcampbell@campbell-trial-lawyers.com, "Alaina N." &lt;adevine@campbell-trial-lawyers.com&gt;, bush@bsplaw.com, williams@bsplaw.com
Cc: Colleen Connors &lt;cmcolleen4@gmail.com&gt;, mel jones jr &lt;meljonesjr@gmail.com&gt;

4-29-2021

To: Veolia's Attorney's

RE: please email me and Colleen Connors with your concurrence that the attached documents are to be [I anticipate] be filed in civil case #2:21-cv-10937... whereby you send said email by 5pm on this coming Friday - if possible ? And... will you object to such being proffered in response to your (anticipated) Motion to dismiss and/ or Motion for Summary Judgment ?

**Seems that VEOLIA North also does Transportation.**

Thank you,
/s/
Melvin Jones Jr.

https://www.workers.org/2013/10/11132/#

http://www.stlamerican.com/news/local_news/analysis-shows-veolia-deal-effectively-privatizes-water-operations-threatens-provisions-of-sunshine-law/article_3097eeba-8287-11e2-b267-001a4bcf887a.html

https://www.corporateaccountability.org/wp-content/uploads/2014/11/CAI_TroubledWaters_Web-rev-2_FINAL.pdf

https://www.latimes.com/archives/la-xpm-2007-jan-27-me-paratransit27-story.html

**4 attachments**

- **Analysis shows Veolia deal effectively privatizes water operations, threatens provisions of Sunshine Law _ Local News _ stlamerican.com.pdf**
  93K
- **Reasons to challenge Veolia – Workers World.pdf**
  827K
- **CAI_TroubledWaters_Web-rev-2_FINAL.pdf**
  6907K
- **OCTA looks at flaws in service for disabled - Los Angeles Times.pdf**
  157K