Melvin Jones Jr - Pro Se Plaintiff

1935 Hosler St - Flint, Michigan 48503

Ph #810-962-6225

Email: meljonesjr@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN

CASE # 2:21-cv-10937

Related case # 16 - 10444

Transferred to District Court Judge Levey

Melvin Jones Jr.'s [motion to recuse] CHALLENGE FOR CAUSE TO RECUSE JUDGE LEVY - PEREMPTORY CHALLENGE:

Melvin Jones Jr, Plaintiff

v.

Veolia North, and NAPOLI LAWFIRM,

Defendants

-----------------------------------------------------------------

I, Melvin Jones Jr. filed mandamus # 20-1174.  And, consistent with what (as best I can recall) what the 6th Circuit stated for me to do.... Is ASK FOR A CHALLENGE FOR CAUSE DIRECTLY from District Court Judge Levy.  So, I Melvin Jones Jr., hereby request that if my challenge for cause is NOT accepted then please allow me (with Colleen's help) to appeal such with the 6th Circuit Court of Appeals.  Additionally, I have attempted to file a Judicial Misconduct Complaint against Judge Levey, but due to me having difficulties getting to the post office (e.g. Covid -19 and my other disabling medical conditions, to include me NOT being able to drive).... I am NOT sure if such has been properly accepted with the 6th Circuit (e.g. I tried to email such to the 6th Circuit Court of Appeals).

### ADDITIONAL GROUND FOR PREEMPT CHALLENGE:

Additionally, as best that I can tell ....it seems that (sadly) the City of Flint (e.g. disabled residents such as myself and literally licensed doctors, and such) as to the "BONE SCAN" issue... and as a result due to the case transfer.  I have NO confidence that such will be properly adjudicated (i.e. FAIRLY).

Moreover, sadly even in the fact of SOUND legal advice from OTHER PLAINTIFFs counsel (e.g. other than Corey Stern and Patrick Lanciotti, and Attorney Hunter).... The Judge (with all due respect seems to allow Corey

Stern to unduly [almost inappropriately "run" the court.   I honestly believe that Judge Levy's "GOOGLE TALK" video on Youtube… (sadly) PREVENTS me from being (e.g. at least in my honest belief as to such ---- given the controversies which "taint" Google as to company…. Especially in California (e.g. with displacement of the Disabled and Poor Blacks as best I know).   In short, given the totality of what I have been able to glean (from Colleen logging into her PACER account).   I MUST file the instant challenge Peremptory and for Cause.   Which is to say, the record in my case # 2:21-cv-10937 speaks for itself (e.g. pursuant to my 1st Amendment Rights and such).   And, if resucal is NOT available… with full appeal to the 6th Circuit (e.g. with Colleen's help)…. Then I literally feel that it would be best to WITHDRAW my claims here --- without prejudice.

Respectfully Submitted,

Date: May 10th, 2021    Signed: ……………………………………………………..

Melvin Jones Jr. - Plaintiff Pro Se