*Melvin Jones Jr - Pro Se Plaintiff     1935 Hosler St - Flint, Michigan 48503*

*Ph #810-962-6225        Email: meljonesjr@gmail.com*

*IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN*

## *CASE # 2:21-cv-10937*

## *Related case # 16 - 10444*

### *Transferred to District Court Judge Levey*

### *JONES XRF ANALYZER VIDEO AFFIDAVIT offered in support of and …. Related to [his]* UPDATED -  NOTICE  ---- *Plaintiff Melvin Jones Jr.'s FRCP RULE 15* [e.g. per order in the instant case which directs Jones to file an AMENDED Complaint on or before JUNE 18th, 2021] --- that Jones fully intends to file said more definitive-statement amended complaint.

**Melvin Jones Jr, Federal EPA,  City of Flint, Wells Fargo Bank, HUD**

**Plaintiffs**

**v.**

**Veolia North, and NAPOLI LAWFIRM, and Attorney Corey Stern**

**Defendants**

*Jones' Affidavit:*

*I, Melvin Jones Jr., am a Black Disabled Resident of the City of Flint ….(sadly) ---- I believe and have observed that my immune system is impaired as to being able to fend-off infection, and so it is AT BEST an open question IF the Covid-19 vaccine will be directly beneficial to me as a result of me being what I can best describe as to such (e.g. "immuno-comprimised").*

*I, Melvin Jones Jr.,  am providing my affidavit here to give additional context for the District Court here, as to  Pro Se [my] i.e. Melvin Jones Jr.'s DILIGENT, EARNEST, and VALID, and MERITORIOUS  basis for filing and pursuing [h]is civil lawsuit (e.g. the instant lawsuit) #2:21-cv-10937.*

*On or about May 13th, 2021…. I watched a video titled/ captioned as " Delta XRF Quick Start Tutorial" …..and the link to said XRF video can be copy and pasted from the link which is IMMEDIATELY below:*

*https://www.youtube.com/watch?v=W9HCYYK93RE*

**By recollection and observation…. During my watching the XRF video which is approximately 5 minutes, is that there are THREE MAIN SAFETY ISSUES which MUST be adhered to when using a portable XRF**

*ANALYZER, which are (e.g. see the three (3) attachments affixed to my affidavit here):*

1.) *NEVER point or aim an XRF Analyzer to yourself [i.e. a human].,*

2.) *NEVER point or aim an XRF Analyzer to another person {e.g. a human},*

3.) *NEVER point or aim an XRF Analyzer at any body part (i.e. of a human)*

*Additionally, such is because XRF Analyzers use and operate by way of IONIZED RADIATION (ionizing radiation), whereby (as I understand such ...there is A POSSIBILITY of RADIOACTIVITY.*

*What I mean to say by this is that: Ionizing radiation is a type of energy released by atoms that travels in the form of electromagnetic waves (gamma or X-rays) or particles (neutrons, beta or alpha). The spontaneous disintegration of atoms is called radioactivity, and the excess energy emitted is a form of ionizing radiation.*

*And, by my belief.... The BONE SCANS which are the subjects of many of the filings by me in my civil case # 2:21-cv-10937 are due to NAPOLI law firm (e.g. attorney HUNTER and Lanciotti) use of the SAME XRF TECHNOLOGY upon the unsuspecting indigent, poor, primarily Black, and Disabled population of the City of Flint.*

*Specifically, I feel VERY HURT and victimized by the NAPOLI LAWFIRM in that I, Melvin Jones Jr., sincerely believe that I was wrongfully abandoned by NAPOLI LAWFIRM on the basis of me being Black and Disabled and indigent.... Whereby such was done to SHUT ME UP (e.g. prevent me from submitting testimony, being a party, and such) in the 6th Circuit Court and District Court as to my concerns about [for example] the NApoli Law Firms use XRF TECHNOLOGY {i.e. ionizing radiation for BONE SCANS UPON THE FLINT RESIDENTS which IS POTENTIALLY VERY HARMFUL TO HUMANS}.*

*And, due to my concerns about said XRF TECHNOLOGY as to Napoli Law Firms BONE SCANS being used upon the residents of the City of Flint.... I, Melvin Jones Jr., in or about late April*

*2021 CANCELLED my bone scan appointment which was set to take place at the Napoli Lawfirm's bone scan office.*

*Additionally, I (Melvin Jones Jr.) did NOT receive disclosures of any kind from as to the POTENTIAL DANGERS TO HUMANS of the XRF TECHNOLOGY as to the Bone Scans being conducted at the Napoli Law Firm, from EITHER attorney Corey Stern NOR anyone from the Napoli Law Firm.*

*Which is to say, by observation and belief.... I, Melvin Jones Jr. am a HUMAN who is Black, Disabled and Indigent. Thank you.   Sincerely,   Respectfully Submitted.*

*Per 28 USC Code Section 1746, I declare that the foregoing in true and correct to the best of my belief, recollection, understanding, observation and feelings.*   *Date: May 14th, 2021*

*Signed: ................................................................*

*Melvin Jones Jr. - Black African American (HUMAN) Disabled Plaintiff Pro Se*