Melvin Jones Jr - Pro Se Plaintiff

1935 Hosler St - Flint, Michigan 48503

Ph #810-962-6225

Email: meljonesjr@gmail.com


IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN

CASE # 2:21-cv-10937  AJT  EAS

Transferred to Judge Levy

<u>Pro Se Disabled Black African American Plaintiff - Jones' DECLARATION as to ("attorney=client-relationship {court-created}</u> with) attorney HUNTER, LANCIOTTI, and STERN's adverse statement made against OTHER Plaintiff's attorneys:


Melvin Jones Jr, Federal EPA,  City of Flint, Wells Fargo Bank, HUD, and The State of Michigan -   Plaintiffs

v.

NAPOLI LAWFIRM, attorney Patrick Lanciotti and attorney Hunter and Attorney Corey Stern -- Defendants

-------------------------------------------------------------------------------------------

___I, respectfully believe that it is Attorney (defendants') STERN, LANCIOTTI, HUNTER and the NAPOLI LAW FIRM's OWN conduct as set forth below [for example] that **<u>WRONGFULLY DIMINISHED the VALUE of the Settlement[s] in the 1st phase of the Flint Water Crisis (i.e. with the State of Michigan, City of Flint for example…. {e.g. see Jones' filings to date in the instant civil case # 21-cv-10937}).</u>**

___Additionally ---- said named attorney defendants {i.e. Stern, Lanciotti, Hunter and the Napoli law firm [due to said defendant attorneys BEING "LEAD-CLASS-COUNCIL" in the 'companion FWC #16-cv-10444]}.... HAVE A COURT CREATED <u>Fiduciary - Duty to [ME] i.e. Melvin Jones Jr.</u> ---- see for example;

>    **Further, an attorney-client relationship is "different in the class context than it is in a traditional, non class situation," whereas a relationship between class counsel and named class members is "one of private**

*contract, whereas the relationship between absent class members and class counsel is one of court creation." In re Chicago Flood Litig., 289 Ill. App. 3d 937, 942 (1st Dist., 2d Dep't 1997)).*

**Which is to say…. Defendant attorney Stern, Lanciotti, Hunter and Napoli Law Firm's UNETHICAL INSULTING OTHER PLAINTIFF's ATTORNEYS, specifically they state in one pleading:**

*"Instead, it appears that Moving Plaintiffs' incompetence is their good cause."*

**Here ---- this DEVALUES THE VALUE OF THE 1st PHASE OF THE FLINT WATER CRISIS SETTLEMENT with the State of Michigan, and the City of Flint…. [e.g. lead Plaintiffs' counsel is literally ADMITTING that the Plaintiffs' CASE IN THE FWC (i.e. by extension) MUST LACK LEGAL MERIT.**

*In short, this is exactly WHY such unethical misconduct by said "lead counsel's" utter (apparent) INCIVILITY towards other Plaintiffs' attorneys in the "companion" FWC lawsuit pending in Ann Arbor, must be addressed in the instant civil lawsuit.... Because as a result of such ---- Pro Se Disabled Black African American Plaintiff suffers HARM and DAMAGES as a result.*

*Respectfully Submitted.*

Thank you,

Date: May 18th, 2021

..................................................................
Disabled Pro Se Plaintiff Melvin Jones Jr.