Melvin Jones Jr - Pro Se Plaintiff     1935 Hosler St - Flint, Michigan 48503

Ph #810-962-6225      Email: meljonesjr@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN

CASE # 2:21-cv-10937

Related case # 16 - 10444

Transferred to District Court Judge Levey

**Jones' Request for NOTICE of the FACT the Attached News Article was Written which NOTES:** "A silent crisis is affecting adults living in the Flint community right now who can't read. They can't understand a bus schedule or comprehend information on a medicine bottle":

Melvin Jones Jr, Federal EPA, City of Flint, Wells Fargo Bank, HUD, and The State of Michigan -  Plaintiffs

v.

NAPOLI LAWFIRM, and Attorney Corey Stern, Attorney Hunter and Attorney Lanciotti  ---- Defendants

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

## JONES' REQUEST FOR NOTICE [and] declaration of relevance:

I, Pro Se Disabled Plaintiff Melvin Jones Jr. request NOTICE of the FACT that the attached news article was written:

The Exhibit is attached and labeled as "__Some Flint Adults Cannot Read.__"

## RELEVANCE:

The relevance here is ....that it is reasonable to infer that a significant portion of the ADULT Flint population was more than likely [unconstitutionally {e.g. per the Michigan State Constitution for example}] WRONGLY deprived ANY SORT OF NOTICE as to the 1st phase of the Flint Water Crisis (i.e. which includes OPT-IN and/ OPT-OUT and/ or Registration);

Additionally.... The relevance is that such an ADULT of Flint Population who CANNOT READ AT ALL.... HOW IN THE HECK WAS ANY SORT OF INFORMED CONSENT POSSIBLE AS TO THE Commercial XFR Analyzer (i.e. Bone Scan procedure which was [WRONGLY] performed on said ADULT population of Flint Residents {e.g. performed by attorney defendants Stern, Lanciotti, Hunter and NAPOLI LAW FIRM}.

Respectfully Submitted.        Date: May 19th, 2021

signed : ....................................................................................................

Melvin Jones Jr. - Disabled Black African American Pro Se Plaintiff

Case 5:21-cv-10937-JEL-EAS   ECF No. 61, PageID.876   Filed 05/19/21   Page 4 of 5

☰   NEWS   FIRST ALERT WEATHER   VACCINE   THE PATH FORWARD   LIVE STREAM   CONTACT US

Flint, MI

ADVERTISEMENT

# Adults who can't read are hiding in plain sight around Mid-Michigan

*Exhibit:*
*'Some Adults in Flint*
*CANNOT READ'*



(WCAX)
By Matt Franklin
Published: Aug. 27, 2019 at 4:07 PM EDT

NEWS   FIRST ALERT WEATHER   VACCINE   THE PATH FORWARD   LIVE STREAM   CONTACT US

(8/27/2019) - A silent crisis is affecting adults living in the Flint community right now who can't read.

They can't understand a bus schedule or comprehend information on a medicine bottle. One woman is working to improve adult literacy rates in the Flint community.

A year ago, something as simple as sounding out words would have been impossible for Phillip Lidell. However, at 53 years old, he's now just starting to get the hang of learning how to read and comprehend.

He said for most of his life, he would pretend he could read, only recognizing a few words, but things changed for father after enrolling in the New Beginnings Literacy Class at the COFY Center in Flint.

Retired Flint school teacher Melinda Anderson runs the free program, which she developed through the Flint and Genesee Literacy Network. The goal is to improve literacy in the community, especially on the north end.

There's a huge emphasis on helping those struggling later in life. Once enrolled, volunteers do an assessment and lesson plans are developed.

The curriculum is open ended with no end date. All of the work is done one-on-one in a setting decorated by Anderson with all of the materials once used in her classrooms.

According to the statistics, there are more than 36 million adults in the U.S. who cannot read, write or do basic math above a third grade level. About 8% of Michigan residents lack those basic skills.

When looking at Genesee County's population, that number goes to 10 percent.

Last year, there were between 30 to 60 students rolled in the New Beginnings Literacy Program, which is located at the New Jerusalem Baptist Church.

There are many adult programs located throughout the city. See Related Links on the right side or bottom of this story for more information on various programs and on how to volunteer.

## Links

[Flint & Genesee Literacy Network](#)

**Around The Web**