Melvin Jones Jr - Pro Se Plaintiff     1935 Hosler St - Flint, Michigan 48503

Ph #810-962-6225      Email: meljonesjr@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN

CASE # 2:21-cv-10937

Related case # 16 - 10444

Transferred to District Court Judge Levey

**Jones' Request for NOTICE of the FACT the Attached OP-ED was written by attorney defendant Corey _ Stern… and such MAY be an admission against self interest by Stern.**

Melvin Jones Jr, Federal EPA, City of Flint, Wells Fargo Bank, HUD, and The State of Michigan -  Plaintiffs

v.

NAPOLI LAWFIRM, and Attorney Corey Stern, Attorney Hunter and Attorney Lanciotti  ---- Defendants

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## JONES' REQUEST FOR NOTICE

I, Pro Se Disabled Plaintiff Melvin Jones Jr. request NOTICE of the FACT that the attached OP-ED was written by Attorney Defendant Corey Stern:

{e.g. Said exhibits [i.e. AFTER DISCUSSIONS WITH MY PRIMARY CAREGIVER (i.e. Colleen Connors).... And is offered here to aid the District Court (and/ or the Michigan State Supreme Court and/ or the Michigan State Attorney General [i.e. AG Dana Nessel] in providing ADVISORY-OPINION) as to attorney defendants Stern, Lanciotti, Hunter and NAPOLI LAW FIRM}.

*Wherein said OP-ED.... Defendant attorney Stern states:*

*" I've represented thousands of children **exposed to lead-based paint hazards** in New York City public housing, and I currently represent 3,000 young victims of the Flint water crisis and their parents"*

*In short... such begs the question... is there and was there EVER lead-based paint hazards in the City Of Flint ????*

*The obvious answer.... Is YES !!!*

Which is to say ---- Literally just looking around my home here in Flint which was built in approximately 1954... certainly such LEAD BASED PAINT HAZARD may exist.

*Here.... Attorney defendant Corey Sterns' [UNNEEDED and arguably negligent] OP ED {arguably} does nothing to help the credibility of either the 1st phase of the Flint Water Crisis Lawsuit [NOR] nothing [arguably] to help with the credibility of the 2nd phase of the Flint Water Crisis Lawsuit (e.g. against Veolia, and Wells Fargo Bank and the Federal EPA for example).*

**Respectfully Submitted.**

**Date: May 20th, 2021**

signed : ..................................................................

Melvin Jones Jr. - Disabled Black African American Pro Se Plaintiff

Contribute →

200

News  **Opinion**  Sport  Culture  Lifestyle

**Opinion**

🕒 This article is more than **3 months old**

# I represent children in Flint, Michigan. Here's what I'm asking Biden to do

*Corey Stern*

(see #2 page)

Stern's admission against self interest

Tue 2 Feb 2021 06.17 EST



n his first 100 days, President Biden is racing to secure comprehensive reforms that both address the immediate challenges of today's concurrent crises and make our economy and society more resilient for the future. Next month, he'll unveil the second

I part of his recovery plan which is expected to focus on infrastructure investment and job creation. It is crucial that this plan includes an emphasis on protecting the health and safety of communities that are consistently failed – and often seriously harmed – by ageing infrastructure. Biden has already put equity and justice at the center of his climate plans, but he'll need to do the same for any infrastructure plan he puts forward.

For too long the burden of our crumbling infrastructure has not been equally felt. As of last January, lead in ageing pipes, contaminated soil and old, peeling paint was found in 3.6m homes nationwide – most of which are concentrated in low-income neighborhoods. I've ridden the unhurried roads to justice for communities that have been debilitated by public officials allowing infrastructure to fall into disrepair. I've represented thousands of children exposed to lead-based paint hazards in New York City public housing, and I currently represent 3,000 young victims of the Flint water crisis and their parents.

In fact, just last week a judge granted preliminary approval of the historic $641m settlement we reached with the state of Michigan and other defendants responsible for the lead poisoning of innocent families and children. But the proposed settlement represents a rare moment of justice in a country that has a history riddled with tragedies like the one that took place in Flint, Michigan.

The Biden administration now has the opportunity – and the obligation – to change that trajectory. He can ensure infrastructure gets modernized while achieving his goals of creating new jobs and holding polluters accountable. Here are three ideas for how he can do it.

First, Biden's infrastructure plans should include investments to finally deliver clean water and shelter for every American. This is basic stuff, and he doesn't have to reinvent the wheel to follow through: last year, Senator Cory Booker and the then representative Deb Haaland introduced a proposal to clean up dangerous Superfund sites, replace wastewater systems and lead pipes, and remove lead-based paint in low-income and tribal communities. And of course, Senator Elizabeth Warren has a plan for this too, which mandates that the federal government fully fund drinking water infrastructure and install filtering systems to clean up our drinking water – all while creating 190,000 new jobs. Both of these are good ideas, and they share a common component: putting people to work at a time when jobs are sorely needed, while delivering on a fundamental right for millions of Americans.

Second, Biden recently created a new division at the Department of Justice (DoJ) that will focus on environmental justice and support "ongoing plaintiff-driven climate

> It's always the same under-resourced, low-income communities that bear the brunt of our nation's infrastructure failures

litigation against polluters". That's important, but we also need to make sure those who are funding and profiting from pollution are held liable. I recently filed suit against the big banks – JP Morgan Chase, Wells Fargo and Stifel Nicolaus – that provided the loans to Flint so it could change its water source back in 2014, knowing full well it would lead to toxic lead exposure in the community. Over six years later, those banks still haven't been held responsible for their role in creating one of the worst environmental justice disasters in our history. The Biden administration should change what has been a default position of denial and dismissal in dealing with environmental claims and implement a policy that presumes environmental harm if someone goes so far as to make a claim – which already requires claimants to meet a high threshold.

Lastly, President Biden must follow through on and provide more clarity to his commitment to provide disadvantaged communities with 40% of overall benefits from investments made in the remediation and reduction of legacy pollution and the development of clean water infrastructure. "Building back better" means being explicit about the people who have been left behind. The Biden administration must ensure that at-risk communities receive restitution, and then develop strategies to break the cycles of injustice that led to their being harmed in the first place. That means they should be prioritized in job creation and in creating solutions to these problems. For example, if water pipelines are going to be repaired, the jobs for doing so should be filled by diverse, local workers.

From New York to Flint, I've seen that it's always the same under-resourced, low-income communities that bear the brunt of our nation's infrastructure failures. My job shouldn't exist. People shouldn't need advocates fighting for justice after they've been poisoned in their own homes, schools, and places of work. Every single American has a right to live and work in a safe environment, free from the fear that the infrastructure around them will threaten their health and safety. President Biden – and all of our nation's leaders – must fight to see that right become a reality for everyone. At this point, there's simply no excuse for failing to do so.

> Corey Stern is a New York-based attorney who represents 2,600 children in Flint. He was appointed lead counsel for plaintiffs in Flint on 16 November 2016, representing plaintiffs in the proposed settlement with Michigan and other parties of over $641m

… we have a small favour to ask. Across the US and around the world, millions rely on the Guardian for independent journalism that stands for truth and integrity. The Guardian has no shareholders or billionaire owner to please, and we invest every penny we earn back into our journalism. Readers chose to support us financially more than 1.5 million times in 2020, joining existing supporters in 180 countries.

With your help, we will continue to provide high-impact reporting that can counter misinformation and offer an authoritative, trustworthy source of news for everyone. With no shareholders or billionaire owner, we set our own agenda and provide truth-seeking journalism that's free from commercial and political influence. When it's never mattered more, we can investigate and challenge without fear or favour.

Unlike many others, we have maintained our choice: to keep Guardian journalism open for all readers, regardless of where they live or what they can afford to pay. We do this because we believe in information equality, where everyone deserves to read accurate news and thoughtful analysis. Greater numbers of people are staying well-informed on world events, and being inspired to take meaningful action.

We aim to offer readers a comprehensive, international perspective on critical events shaping our world – from the Black Lives Matter movement, to the new American administration, Brexit, and the world's slow emergence from a global pandemic. We are committed to upholding our reputation for urgent, powerful reporting on the climate emergency, and made the decision to reject advertising from fossil fuel companies, divest from the oil and gas industries, and set a course to achieve net zero emissions by 2030.

If there were ever a time to join us, it is now. Every contribution, however big or small, powers our journalism and helps sustain our future. **Support the Guardian from as little as $1 – and it only takes a minute. Thank you.**

Support the Guardian →    Remind me in July