*Melvin Jones Jr - Pro Se Plaintiff    1935 Hosler St - Flint, Michigan 48503*

*Ph #810-962-6225      Email: meljonesjr@gmail.com*

*IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN*

## *CASE # 2:21-cv-10937*

## *Related case # 16 - 10444*

### *Transferred to District Court Judge Levey*

*Disabled Pro Se Plaintiff Jones' [mandatory] JOINDER of Dr. Attisha [and] Dr. Reynolds:* **(per FRCP 15)**

*Melvin Jones Jr, Federal EPA,  City of Flint, Wells Fargo Bank, HUD, and The State of Michigan , Hamilton Lincoln Law Institute (Cntr. for Class Action Fairness), Dr. Mona Attisha, and Dr.  Lawrence Reynolds ---- Plaintiffs*

*v.*

*NAPOLI LAWFIRM, and Attorney Corey Stern, Attorney Hunter and Attorney Lanciotti  ---- Defendants*

*– – – – – – – – – – – – – – – – – – – – – – – – – – – –*

## <u>Disabled Pro Se Plaintiff Melvin Jones Jr.'s FRCP Rule 15 [mandatory] Joinder of Dr. Mona Attisha and Dr. Lawrence Reynolds:</u>

{and Jones' request for notice that the following news article was written};

# "**"Doctors urge federal judge to stop lead testing in Flint water crisis being done with 'industrial' scanners**

*Serious health, legal and financial issues are being raised by two prominent doctors about how testing for lead in thousands of Flint residents is being done in the pending Flint Water Crisis settlement.*



By: *Jim Kiertzner*

Posted at 5:51 PM, Apr 28, 2021  and last updated 7:43 PM, Apr 28, 2021

*(WXYZ) — Serious health, legal and financial issues are being raised by two prominent doctors about how testing for lead in thousands of Flint residents is being done in the pending Flint water crisis settlement.*

*Ann Arbor Federal Judge Judith Levy has been asked to stop attorneys from using a hand-held scanner mostly used in industrial settings and not on humans. The testing is being done not in a clinic but in their law office in Flint Township.*

*A positive lead test could mean bigger payouts to people and their attorneys with $641 Million in the settlement.*

*Recent Stories from* wxyz.com

**Top Videos**

WATCH MORE

*Ford unveils all electric F 150 Lightning*



*"The client will get paid more if there's something in the bone scan. We don't know what that means. The attorney will get paid more because the client will get paid more," Dr. Lawrence Reynolds, a Flint-area pediatrician tells 7 Action News, who was among the early people to speak out about the water crisis.*

*Dr. Reynolds filed an objection to the testing with this device with Judge Levy in February.*

**Dr. Mona Hanna-Attisha, the first voice to speak out about the Flint Water Crisis and the effect on kids calls the testing "maddening."**

**Dr. Reynolds provided 7 Action News documentation that shows the scanners are used in industrial settings including testing for lead in toys and kids' backpacks.**

**Dr. Reynolds tells 7 Action News, "Number one, it's not for humans.** Number two until I filed my objection they did not register a radiation-emitting piece of equipment with the state. It may be no more than a dentist does when he x-rays kids. And that is true."

The scans are being done by the law firm Napoli and Shkolnic based in New York but at their Flint area office set up for the water litigation. We have reached out to them and other attorneys using these tests and have not heard back.

**Other attorneys have been paying $500 a test to their clients tested with this scanner.**

**"I've taken care of children in the Flint area for 29 years. And if you want to see a pediatrician get worked up, just abuse children. And this is abuse," Dr. Lawrence tells 7 Action News.**

It is not clear when Judge Levy will take up this issue.

*Dr. Reynolds says he made a complaint about these tests to the Michigan Department of Licensing and Regulatory Affairs. We have not heard back from the state on the status of that complaint."*

## Source:

*https://www.wxyz.com/news/flint-water-crisis/doctors-urge-federal-judge-to-stop-lead-testing-in-flint-water-crisis-being-done-with-industrial-scanners*

(as best that I, Melvin Jones Jr., can understand such ....attached exhibit labeled "XRF SCANNER Analyzer"  [i.e. AFTER DISCUSSIONS WITH MY PRIMARY CAREGIVER (i.e. Colleen Connors)....

And is offered here to aid the District Court (and/ or the Michigan State Supreme Court and/ or the Michigan State Attorney General [i.e. AG Dana Nessel] in providing ADVISORY–OPINION) as to attorney defendants Stern, Lanciotti, Hunter and NAPOLI LAW FIRM}].

Here.... The record in the instant civil case speaks for itself as to the LACK OF SAFETY  {i.e. said XRF "scanner" Analyzer NOT being intended for use ON HUMANS} as to the XRF Analyzer – Bone Scan procedure to include lack of informed consent as to such w.r.t. Appointments as to such [AND].... I feel that I suffer further – harm (i.e. continuing harm/ damages) as to such.... Because I seems to me that said attorney – defendants {e.g. Napoli Law Firm, Attorney Stern, Hunter and Lanciotti} sought to take conscionable advantage of me being a disabled person as defined by Michigan State Law  MCL 257.19a (e.g.

Michigan State Constitution)..... And thereby
(wrongfully) violated my rights per the Michigan
State Consumer Protection Act; and additionally
[wrongfully] violated my rights per the Michigan
State Constitution.

Respectfully Submitted.

DATE: MAY 20TH, 2021

signed : ........................................................................

Melvin Jones Jr. - Disabled Black
African American Pro Se Plaintiff

 Menu   DETROIT

Quick links...

**NEWS** > **FLINT WATER CRISIS**

  

# Doctors urge federal judge to stop lead testing in Flint water crisis being done with 'industrial' scanners



Ad removed. Details

Serious health, legal and financial issues are being raised by two prominent doctors about how testing for lead in thousands of Flint residents is being done in the pending Flint Water Crisis settlement.

 By: Jim Kiertzner

Posted at 5:51 PM, Apr 28, 2021 and last updated 7:43 PM, Apr 28, 2021


**WXYZ** DETROIT

being done in the pending Flint water crisis settlement.

Ann Arbor Federal Judge Judith Levy has been asked to stop attorneys from using a hand-held scanner mostly used in industrial settings and not on humans. The testing is being done not in a clinic but in their law office in Flint Township.

A positive lead test could mean bigger payouts to people and their attorneys with $641 Million in the settlement.

Recent Stories from wxyz.com

▶

"The client will get paid more if there's something in the bone scan. We don't know what that means. The attorney will get paid more because the client will get paid more," Dr. Lawrence Reynolds, a Flint-area pediatrician tells 7 Action News, who was among the early people to speak out about the water crisis.

 WXYZ
ABC DETROIT

Dr. Mona Hanna-Attisha, the first voice to speak out about the Flint Water Crisis and the effect on kids calls the testing "maddening."

Dr. Reynolds provided 7 Action News documentation that shows the scanners are used in industrial settings including testing for lead in toys and kids' backpacks.

Dr. Reynolds tells 7 Action News, "Number one, it's not for humans. Number two until I filed my objection they did not register a radiation-emitting piece of equipment with the state. It may be no more than a dentist does when he x-rays kids. And that is true."

The scans are being done by the law firm Napoli and Shkolnic based in New York but at their Flint area office set up for the water litigation. We have reached out to them and other attorneys using these tests and have not heard back.

Other attorneys have been paying $500 a test to their clients tested with this scanner.

"I've taken care of children in the Flint area for 29 years. And if you want to see a pediatrician get worked up, just abuse children. And this is abuse," Dr. Lawrence tells 7 Action News.

It is not clear when Judge Levy will take up this issue.

Dr. Reynolds says he made a complaint about these tests to the Michigan Department of Licensing and Regulatory Affairs. We have not heard back from the state on the status of that complaint.

Copyright 2021 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

CURATION BY                                    |