# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

21-10937 *Melvin Jones, Jr. v. Veolia North*

_____/

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

KINIKIA D. ESSIX
CLERK OF THE COURT

By: s/William Barkholz

DEPUTY COURT CLERK

DATE: May 24, 2021

APPROVED:

<u>s/Judith E. Levy</u>
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE